IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| **HENDERSON SMITH and** | **PLAINTIFFS** |
| **PATRICIA SMITH** | |
| | |
| **VS.** NO. 2:O5-CY-172 JLH | |
| | |
| **COUNTRYWIDE HOME LOANS, INC.** | **DEFENDANT** |
| | |
| **COUNTRYWIDE HOME LOANS, INC.** | **THIRD PARTY PLAINTIFF** |
| | |
| **VS.** | |
| | |
| **FIRST BANK OF THE DELTA f/k/a** | |
| **FIRST NATIONAL BANK OF PHILLIPS COUNTY;** | |
| **SERVICE LINK LP and STEWART TITLE** | |
| **GUARANTY COMPANY** | **THIRD PARTY DEFENDANTS** |

## AGREED ORDER OF DISMISSAL

It is stipulated and agreed by and among plaintiffs Henderson Smith and Patricia Smith, defendant and third party plaintiff, Countrywide Home Loans, Inc, and third party defendants First Bank of the Delta f/k/a First National Bank of Phillips County; Service Link LP and Stewart Title Guaranty Company, through their attorneys, that the claims of the herein named plaintiffs against Countrywide Home Loans, Inc., and the third party complaint of Countrywide Home Loans, Inc. against First Bank of the Delta fka First National Bank of Phillips County, Service Link LP and Stewart Title Guaranty Company should be dismissed with prejudice by the entry of an order of dismissal with prejudice, with each of the parties responsible for their own costs and attorneys' fees.

IT IS CONSIDERED, ORDERED, and ADJUDGED that Countrywide Home Loans, Inc. is discharged and released from any other or further liability arising under this action, and that the complaint filed by plaintiffs Henderson Smith and Patricia Smith is hereby dismissed with prejudice as to defendant Countrywide Home Loans, Inc.

IT IS FURTHER CONSIDERED, ORDERED and ADJUDGED that First Bank of the Delta f/k/a First National Bank of Phillips County, Service Link LP and Stewart Title Guaranty Company are discharged and released from any other or further liability arising under this action, and that the complaint filed by third party plaintiff Countrywide Home Loans, Inc. is hereby dismissed with prejudice as to the third party defendants, First Bank of the Delta f/k/a First National Bank of Phillips County, Service Link LP and Stewart Title Guaranty Company.

IT IS SO ORDERED this 11th day of August 2006.

_____
THE HONORABLE J. LEON HOLMES
United States District Judge

APPROVED:

*/s/ Kimberly Wood Tucker*
Kimberly Wood Tucker (83175)
Wright, Lindsey & Jennings LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201-3699
Attorney for Defendant Countrywide Home Loans, Inc.


*/s/ J. B. Daggett*
Jesse B. Daggett, P.A.
Attorney at Law
14 South Poplar Street
PO Box 646
Marianna, AR  72360
Attorney for Plaintiffs, Henderson and Patricia Smith


*/s/ David Solomon*
David Solomon
Attorney at Law
427 Cherry Street
PO Box 490
Helena, AR  72342
Attorney for First State Bank of the Delta

*/s/ J. T. Hardin*
John Thomas Hardin
Richard T. Donovan
Rose Law Firm
120 East Fourth Street
Little Rock, AR  72201
Attorneys for Service Link LP


*/s/ Marie Bernarde Miller*
Marie Bernarde Miller
Gill, Elrod, Ragon, Owen & Sherman, PA
425 West Capitol Ave., Ste 3801
Little Rock, AR  72201
Attorney for Stewart Title